WILLIAM DERMODY v. KOHLER & CAMPBELL, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HYMAN J. FLIEGEL, as Trustee in Bankruptcy, etc., v. JACOB NEWMARK and EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion to dismiss appeal denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE GUARANTY COMPANY OF MARYLAND v. PHILIP MECHLOWITZ and Others. — Motion to dismiss appeal denied. Present — Dowling, P. J., McAvoy, Martin O'Malley and Sherman, JJ.

ETHEL FREISINGER v. GEORGE FREISINGER.— Motion denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of Supplementary Proceedings: MORRIS PLUMBING SUPPLY CO., INC., v. GRAND TERRACE CONSTRUCTION CO., INC., and Another, and THE FORDHAM NATIONAL BANK IN NEW YORK and Another.— Application denied, with ten dollars costs and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH BRUZZESE v. THE WARDEN OF THE NEW YORK CITY PRISON and Others.— Motion denied and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of SAMUEL BUCHLER, an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of CLARENCE M. HACKETT, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of LOUIS S. HARRIS, an Attorney.— Reference ordered to Hon. Alfred R. Page, official referee. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of HARRY SILVER, an Attorney.— Reference ordered to Hon. JOHN PROCTOR CLARKE, official referee. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

CHARLES SHENKER, Respondent, v. OTTO FLEISHNER, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE JAMES L. KERNAN COMPANY, Respondent, v. WILLIAM P. FARNSWORTH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN BRENNAN, SIDNEY STRUBLE and MAY N. BENSON, as Executors, etc., of STELLA COOPER MEGRUE, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and Martin, JJ., dissent. [135 Misc. 16.]